UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
XIRAN WANG,

                Plaintiff,                    **ECF CASE**

      v.

                                         07 Civ. 03656 (PKC)

CHERTOFF, ET AL.,

                Defendants.               <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         July 19, 2007

                                                     Respectfully submitted,

                                                     MICHAEL J. GARCIA
                                                    United States Attorney for the
                                                     Southern District of New York

                                   By:           /S/
                                                   SHANE CARGO
                                                   Assistant United States Attorney
                                                 86 Chambers Street, Room 410
                                                 New York, New York  10007
                                                 Tel. No.: (212) 637-2711
                                                 Facsimile: (212) 637-2786

TO:    Xinran Wang
         211 W 56th street 20 L
         New York, NY 10019